ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney

    501 I Street, Suite 10-100
    Sacramento, California, 95814
    Telephone: 916.554.2782

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEJPAL SINGH,<br><br>           Plaintiff,<br><br>           v.<br><br>JOSEPH B. EDLOW, *in his official capacity as Director, USCIS,* et al.,<br><br>           Defendants. | Case No. 2:25-cv-03277 DJC SCR<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

     Plaintiff's I-485 application has been approved.  The parties now stipulate to dismissal of this lawsuit in its entirety.

Dated: April 6, 2026           Respectfully submitted,

                             ERIC GRANT
                             United States Attorney


                             */s/ Audrey B. Hemesath*
                             AUDREY B. HEMESATH
                             Assistant United States Attorney

                             */s/ Tejpal Singh*
                             Tejpal Singh
                             Pro Se Plaintiff

1

ORDER

Pursuant to the stipulation of the parties, this case is dismissed.


Dated:  April 6, 2026                                    /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE